# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

THEODORE SMITH

NO. 2023 KW 0852

**NOVEMBER 28, 2023**

---

In Re: Theodore Smith, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 274151-1.

---

BEFORE: **THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT